Honorable Benjamin H. Settle

DISTRICT COURT OF WASHINGTON
COUNTY OF CLARK

| | |
|---|---|
| NATHEN BARTON,<br><br>                     Plaintiff<br>     v.<br><br>THE RIAN GROUP, INC., &<br>     and<br>JOHN DOE 1-10<br><br>                     Defendants. | NO. 3:21-cv-05485-BHS<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE that defendant The Rian Group, Inc. has made Plaintiff an RCW 4.84.280 offer of settlement, and Plaintiff has accepted the offer.

_____s/ Nathen Barton_____                    _____9/27/2021____
     Nathen Barton                                              (Dated)

RE: NOTICE OF SETTLEMENT - 1 / 2                              NATHEN BARTON
                                                              4618 NW 11TH CIR
                                                              CAMAS WA 98607

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

_____s/ Nathen Barton_____            \_\_\_\_\_9/27/2021_____
      Nathen Barton                                                    (Dated)