Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| NATHEN BARTON, | NO. 3:21-cv-05485-BHS |
|---|---|
| Plaintiff | |
| v. | NOTICE OF DISMISSAL WITH PREJUDICE |
| THE RIAN GROUP, INC., & | |
| <u>and</u> | |
| JOHN DOE 1-10 | |

**NOTICE OF DISMISSAL**

Defendant THE RIAN GROUP, INC. and Plaintiff Nathen Barton have come to an agreement. Under FRCP 41(a)(1)(A) Plaintiff files this notice of dismissal with prejudice.

_____s/ Nathen Barton_____        _____9/28/2021_____
         Nathen Barton                              (Dated)

Nathen Barton
(718) 710 5784
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

_____s/ Nathen Barton_____          _____9/28/2021_____
      Nathen Barton                               (Dated)